No. 05–1. McFARLAND ET AL. *v.* CHEMINOVA, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–2. LATHAM *v.* OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–11. GENCORP, INC. *v.* OLIN CORP. C. A. 6th Cir. Certiorari denied.

No. 05–19. BERNBACK *v.* GRECO. C. A. 3d Cir. Certiorari denied.

No. 05–21. USX CORP. ET AL. *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari denied.

No. 05–22. KNISLEY ET AL. *v.* MEDTRONIC, INC. C. A. 6th Cir. Certiorari denied.

No. 05–23. MORALES *v.* BROWN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–24. LENTELL *v.* MERRILL LYNCH & CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–27. WEBSTER *v.* UNITED AUTO WORKERS, LOCAL 51, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–39. GENERAL MOTORS CORP. *v.* FORD ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. Ct. Civ. App. Okla. Certiorari denied.

No. 05–42. PEOPLES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–43. CIANCI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–52. BFM LEASING CO., LLC, ET AL. *v.* PHILADELPHIA INDEMNITY INSURANCE CO. C. A. 6th Cir. Certiorari denied.